MICHAEL J. HURLEY  SBN: 153174
Law Offices of Moga & Hurley
9121 Haven Avenue, Suite 210
Rancho Cucamonga, CA 91730
Telephone:  (909) 948-7282
Facsimile:   (909) 948-7292
E-Mail:      Mogahurley@aol.com

Attorney for Plaintiff:
CYNTHIA R. COTA

# UNITED STATES DICTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CYNTHIA R. COTA , <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY <br><br>　　　　　Defendants. | No.  EDCV 10-220 AN <br><br><br>ORDER AWARDING EAJA ATTORNEY FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND NINE HUNDRED FIFTY DOLLARS ($3,950.00) subject to the terms of the stipulation.

Dated: January 13, 2011　　　　　　　　　_/s/_____ARTHUR NAKAZATO_____
　　　　　　　　　　　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER FOR EAJA FEES